UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

PINEVILLE FIREFIGHTERS LOCAL   CIVIL DOCKET NO. 1:20-CV-01111
1384, ET AL, Plaintiffs

VERSUS                         JUDGE DAVID C. JOSEPH

THE CITY OF PINEVILLE,         MAGISTRATE JUDGE JOSEPH H.L.
Defendant                      PEREZ-MONTES

J U D G M E N T

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate

Judge previously filed herein [ECF No. 14], and after a *de novo* review of the record,

including the Defendant's Objection to the Magistrate Judge's Report and

Recommendation [ECF No. 15], having determined that the Magistrate Judge's

findings and recommendations are correct under the applicable law;

IT IS HEREBY ORDERED that Plaintiffs' Motion to Remand [ECF No. 8] is

GRANTED.

IT IS FURTHER ORDERED that his matter is REMANDED to the 9th Judicial

District Court, Rapides Parish, Louisiana.

IT IS FURTHER ORDERED that the Plaintiffs' Motion for Attorney's Fees

[ECF No. 8] is DENIED.

THUS, DONE AND SIGNED in Chambers on this 10th day of May 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE